UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DARREN V. BERG and | ) | |
| KATHERYN BERG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:22-CV-272-KAC-JEM |
| | ) | |
| KNOX COUNTY, TENNESSEE and | ) | |
| JAMES TYLER SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In its "Order Dismissing Action" [Doc. 12], the Court **DISMISSED** this action with prejudice under Federal Rule of Civil Procedure 41(b). The Court, therefore, **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT